FILED

OCT 19 2017

IN THE CIRCUIT COURT OF PERRY COUNTY, MISSISSIPPI

PERRY COUNTY, MISSISSIPPI

**JERRY HINTON**                                                                                                                    **PLAINTIFF**

**V.**                                                                                   CAUSE NO.: 2017 - 0147 H

**BAGBY ELEVATOR COMPANY,**
**MONTGOMERY ELEVATOR COMPANY,**
**KONE INC., JOHN DOE PERSON(S) 1 - 5**
**and JOHN DOE ENTITY(IES) 1 - 5**                                                                  **DEFENDANTS**

---

### COMPLAINT
### (Jury Trial Requested)

---

**COMES NOW** the Plaintiff, Jerry Hinton, by and through his counsel of record, and files this

Complaint against the Defendants, Bagby Elevator Company, Montgomery Elevator Company, KONE INC.,

John Doe Person(s) 1 - 5 and John Doe Entity(ies) 1 - 5, and in support thereof, would show unto this

Honorable Court the following, to-wit:

### I. Parties

1.

The Plaintiff, Jerry Hinton, is an adult resident citizen of Perry County, Beaumont, Mississippi.

2.

The Defendant, Bagby Elevator Company, is a foreign corporation registered to do business in the

State of Mississippi, who may be served with process through its registered agent for service of process, CT

Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232.

3.

The Defendant, Montgomery Elevator Company, is a foreign corporation registered to do business

in the State of Mississippi, who may be served with process through its registered agent for service of

process, CT Corporation System, 118 North Congress Street, Jackson, Mississippi 39205.

4.

The Defendant, KONE INC., is a foreign corporation registered to do business in the State of



EXHIBIT
A

Mississippi, who may be served with process through its registered agent for service of process, Corporation Service Company, 5760 I-55 North, Suite 150, Jackson, Mississippi 39211.

5.

John Doe Person(s) are any unknown persons who may have been responsible for or who may have contributed to the negligence alleged herein. They may be added as Defendants when their identities become known.

6.

John Doe Entity(ies) are any unknown companies who may have been responsible for or who may have contributed to the negligence alleged herein. They may be added as Defendants when their identities become known.

## II.  Jurisdiction and Venue

7.

That this cause of action occurred or accrued in Perry County, Mississippi and that pursuant to the Mississippi Rules of Civil Procedure, this Court has jurisdiction.

## III.  Basic Facts Giving Rise to Claim for Relief

8.

That on or about November 4, 2014, Plaintiff was working at his place of employment. As Plaintiff walked through the elevator, the elevator door came down and struck the Plaintiff, causing the Plaintiff to sustain serious bodily injury.

9.

The Defendants have a non-delegable duty to provide safe equipment for the employees and invitees, such as the Plaintiff, on the premises.

10.

At all times pertinent, the Plaintiff was an invitee and well within his civil rights to be on the premises or vicinity and thus the Defendants had a duty to maintain safe equipment.

## IV. Negligence

### 11.

The Defendants failed to provide and maintain safe equipment for the employees and invitees on the premises.

### 12.

The Defendants failed to properly and adequately inspect and maintain its equipment on the premises.

### 13.

The Defendants were negligent for its failure to warn the Plaintiff of the dangers to his person while on the premises.

### 14.

The Defendants failed to perform and violated or breached all and singularly the duties owed to Plaintiff as set forth in the preceding paragraphs hereof, and such failure, breach and violation constituted negligence on the part of the Defendants.

## V. Damages

### 15.

As a direct and proximate result of the negligence of the Defendants, the Plaintiff, Jerry Hinton, suffered injuries and damages which include, but are not limited to the following:

A.  Past, present and future physical pain and suffering;

B.  Inconvenience and aggravation resulting in emotional and mental suffering past, present and future;

C.  Hospital bills, doctor bills, prescription drug bills and other medical and medical related expenses which have been incurred and which will continue to be incurred in the future;

D.  Permanent physical impairment and disability;

E.  Loss of wages; and

F.    Loss of enjoyment of life.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, Jerry Hinton, demands a judgment of, from and against the Defendants in an amount within the jurisdictional limits of this Court to be determined at the trial of this cause plus interest from the date of the filing of the original Complaint and all costs of Court.

**RESPECTFULLY SUBMITTED** this the 17th day of October, 2017.

**Jerry Hinton**
**Plaintiff**

By: _____
Brett A. Ferguson (MSB# 103236)
Attorney for Plaintiff

**Of Counsel:**

Schwartz & Associates, P.A.
162 East Amite Street
Post Office Box 3949
Jackson, Mississippi 39207
Telephone: 601-988-8888
Facsimile: 601-949-7929

## IN THE CIRCUIT COURT OF PERRY COUNTY, MISSISSIPPI

**JERRY HINTON**                                    **PLAINTIFF**

**V.**                            CAUSE NO.: 2017-0147H

**BAGBY ELEVATOR COMPANY,**
**MONTGOMERY ELEVATOR COMPANY,**
**KONE INC., JOHN DOE PERSON(S) 1 - 5**
**and JOHN DOE ENTITY(IES) 1 - 5**                      **DEFENDANTS**

### SUMMONS

TO ANY OTHER LAWFUL AUTHORIZED
PERSON, WE COMMAND YOU TO SUMMON:

     **TO:**    Corporation Service Company, Registered Agent for
               KONE INC.
               5760 I-55 North, Suite 150
               Jackson, Mississippi 39211

### NOTICE TO DEFENDANT

**THE COMPLAINT AND DISCOVERY, WHICH ARE ATTACHED TO THIS
SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION
TO PROTECT YOUR RIGHTS.**

     You are required to mail or hand-deliver a copy of a written response to the Complaint and
Plaintiff's First Set of Interrogatories Propounded to Defendant and Plaintiff's First Set of Requests for
Production of Documents Propounded to Defendant to the Honorable Brett Ferguson, the attorney for the
Plaintiff(s), whose address is 162 East Amite Street, Jackson, Mississippi 39201 and mailing address of
Post Office Box 3949, Jackson, Mississippi 39207-3949.

     Your response must be mailed or delivered within thirty (30) days from the date of delivery of
this Summons, Complaint and Discovery or a judgment by default will be entered against you for the
money or other things demanded in the Complaint. Your response to Plaintiff's First Set of Separate
Interrogatories Propounded to Defendant and Plaintiff's First Set of Request for Production of Documents
Propounded to Defendant must be mailed or delivered within forty-five (45) days from the date of
delivery of this Summons or a judgment by default will be entered against you for the money or other
things demanded in the Complaint.

     You must file the original of your response with the Clerk of this Court within a reasonable time
afterward.

     Issued under my hand and the seal of said Court, this the 19 day of October, 2017.

                           *Martha Clark*
                            Circuit Clerk of Perry County, Mississippi

                            *Tabitha Breuer, D.C.*

**PROOF OF SERVICE**
(Process Server)
[Use separate proof of service for each person served]

_Angela Derr_

Name of Person or Entity Served

    I, the undersigned process server, served the Summons, Complaint and Discovery upon the person or entity named above in the manner set forth below [process server must check proper space and provide all additional information that is requested to the mode of service used]:

☐    **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing (by first class mail, postage prepaid) copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender [attached completed acknowledgment of receipt pursuant to *M.R.C.P.* Form 1B].

☒    **PERSONAL SERVICE.** I personally delivered an issued Summons, Complaint and Discovery to _Angela_ _Derr_ _____ on the _27_ day of _October_, 2017, where I found said person in _Hinds_ ____ County of the State of Mississippi. _1117 AM_

☐    **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons, Complaint and Discovery on the _____ day of _____, 2017, at the usual place of abode of said person by leaving a true copy of the Summons, Complaint and Discovery with _____ who is the _____ [here insert wife, husband, son, daughter, or other person as the case may be], a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons, Complaint and Discovery, and thereafter on the ____ day of ____, 2017, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

☐    **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person [attach signed return receipt or other evidence of actual delivery to the person served.]

At the time of service, I was at least eighteen (18) years of age and not a party to this action.

**PROCESS SERVER MUST LIST BELOW:** [Please print or type]

Name: _Jimmy h Taylor_
Address: _PO Box 720626_
_Jackson MS 39272_
Telephone Number: _601 661 0242_

STATE OF MISSISSIPPI
COUNTY OF _Hinds_

    PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named _Jimmy A Taylor_, who being by me first duly sworn, stated on oath that all of the matters and facts set forth in the above and foregoing "Proof of Service" are true and correct as therein stated.

_____
Process server (signature)

SWORN TO AND SUBSCRIBED BEFORE ME, this the _30_ day of _October_ _____, 2017.

_Misty R. Hammack_
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 74304
MISTY R. HAMMACK
Commission Expires:
Jan. 26, 2021
RANKIN COUNTY

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 74304
MISTY R. HAMMACK
Commission Expires:
Jan. 26, 2021
RANKIN COUNTY

## IN THE CIRCUIT COURT OF PERRY COUNTY, MISSISSIPPI

**JERRY HINTON**                                                              **PLAINTIFF**

**V.**                                                    CAUSE NO.: 2017-0147 H

**BAGBY ELEVATOR COMPANY,**
**MONTGOMERY ELEVATOR COMPANY,**
**KONE INC., JOHN DOE PERSON(S) 1 - 5**
**and JOHN DOE ENTITY(IES) 1 - 5**                            **DEFENDANTS**

### SUMMONS

TO ANY OTHER LAWFUL AUTHORIZED
PERSON, WE COMMAND YOU TO SUMMON:

**TO:**   CT Corporation System, Registered Agent for
          Montgomery Elevator Company
          118 North Congress Street
          Jackson, Mississippi 39205

### NOTICE TO DEFENDANT

**THE COMPLAINT AND DISCOVERY, WHICH ARE ATTACHED TO THIS
SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION
TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint and Plaintiff's First Set of Interrogatories Propounded to Defendant and Plaintiff's First Set of Requests for Production of Documents Propounded to Defendant to the Honorable Brett Ferguson, the attorney for the Plaintiff(s), whose address is 162 East Amite Street, Jackson, Mississippi 39201 and mailing address of Post Office Box 3949, Jackson, Mississippi 39207-3949.

Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons, Complaint and Discovery or a judgment by default will be entered against you for the money or other things demanded in the Complaint. Your response to Plaintiff's First Set of Separate Interrogatories Propounded to Defendant and Plaintiff's First Set of Request for Production of Documents Propounded to Defendant must be mailed or delivered within forty-five (45) days from the date of delivery of this Summons or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 19 day of October, 2017.

Martha Clark
Circuit Clerk of Perry County, Mississippi

Latitia Brewer D.C.

Case: 56CI1:17-cv-00~~ Document ~~ PROOF OF SERVICE ~~10~~ 2017    Page 2 of 2
(Process Server)
[Use separate proof of service for each person served]

C T  Corp

Name of Person or Entity Served

I, the undersigned process server, served the Summons, Complaint and Discovery upon the person or entity named above in the manner set forth below [process server must check proper space and provide all additional information that is requested to the mode of service used]:

☐    **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing (by first class mail, postage prepaid) copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender [attached completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B].

☒    **PERSONAL SERVICE.** I personally delivered an issued Summons, Complaint and Discovery to Matt Thibodeaux on the 27 day of October, 2017, where I found said person in Madis. County of the State of Mississippi. 1025 PM

☐    **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the Summons, Complaint and Discovery on the _____ day of _____, 2017, at the usual place of abode of said person by leaving a true copy of the Summons, Complaint and Discovery with _____ who is the _____ [here insert wife, husband, son, daughter, or other person as the case may be], a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons, Complaint and Discovery, and thereafter on the _____ day of _____, 2017, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

☐    **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person [attach signed return receipt or other evidence of actual delivery to the person served.]

At the time of service, I was at least eighteen (18) years of age and not a party to this action.

**PROCESS SERVER MUST LIST BELOW:** [Please print or type]

Name: Jimmy h Taylor
Address: PO Box 720606
        Jackson MS 39172
Telephone Number: 601 618 0242

STATE OF MISSISSIPPI
COUNTY OF Hinds

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named Jimmy h Taylor who being by me first duly sworn, stated on oath that all of the matters and facts set forth in the above and foregoing "Proof of Service" are true and correct as therein stated.

_____
Process Server (signature)

SWORN TO AND SUBSCRIBED BEFORE ME, this the 30 day of October, 2017.

_____
NOTARY PUBLIC

My Commission Expires: _____

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 74304
MISTY R. HAMMACK
Commission Expires
Jan. 26, 2021
RANKIN COUNTY

IN THE CIRCUIT COURT OF PERRY COUNTY, MISSISSIPPI

JERRY HINTON                                                    **PLAINTIFF**

V.                                          CAUSE NO.: 2017-0147 H

BAGBY ELEVATOR COMPANY,
MONTGOMERY ELEVATOR COMPANY,
KONE INC., JOHN DOE PERSON(S) 1 - 5
and JOHN DOE ENTITY(IES) 1 - 5                              **DEFENDANTS**

## SUMMONS

TO ANY OTHER LAWFUL AUTHORIZED
PERSON, WE COMMAND YOU TO SUMMON:

    **TO:**   CT Corporation System, Registered Agent for
        Bagby Elevator Company
        645 Lakeland East Drive, Suite 101
        Flowood, Mississippi 39232

### NOTICE TO DEFENDANT

**THE COMPLAINT AND DISCOVERY, WHICH ARE ATTACHED TO THIS
SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION
TO PROTECT YOUR RIGHTS.**

    You are required to mail or hand-deliver a copy of a written response to the Complaint and
Plaintiff's First Set of Interrogatories Propounded to Defendant and Plaintiff's First Set of Requests for
Production of Documents Propounded to Defendant to the Honorable Brett Ferguson, the attorney for the
Plaintiff(s), whose address is 162 East Amite Street, Jackson, Mississippi 39201 and mailing address of
Post Office Box 3949, Jackson, Mississippi 39207-3949.

    Your response must be mailed or delivered within thirty (30) days from the date of delivery of
this Summons, Complaint and Discovery or a judgment by default will be entered against you for the
money or other things demanded in the Complaint. Your response to Plaintiff's First Set of Separate
Interrogatories Propounded to Defendant and Plaintiff's First Set of Request for Production of Documents
Propounded to Defendant must be mailed or delivered within forty-five (45) days from the date of
delivery of this Summons or a judgment by default will be entered against you for the money or other
things demanded in the Complaint.

    You must file the original of your response with the Clerk of this Court within a reasonable time
afterward.

    Issued under my hand and the seal of said Court, this the 19 day of October, 2017.

                            Martha Clark
                            Circuit Clerk of Perry County, Mississippi

                            Pamela Brewer D.C.

Case: 56CI1:17-cv-00... ~~PROCK OF SE RIC1O..~~ /2017     Page 2 of 2

**PROOF OF SERVICE**
(Process Server)
[Use separate proof of service for each person served]

_____C T   C o r p_____
Name of Person or Entity Served

     I, the undersigned process server, served the Summons, Complaint and Discovery upon the person or entity named above in the manner set forth below [process server must check proper space and provide all additional information that is requested to the mode of service used]:

☐    **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing (by first class mail, postage prepaid) copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender [attached completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B].

☒    **PERSONAL SERVICE.** I personally delivered an issued Summons, Complaint and Discovery to _Matt_ _Thibodeaut_ on the _27_ day of _October_, 2017, where I found said person in _Laurel_ County of the State of Mississippi. _1025 A ?_

☐    **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. **I served the Summons, Complaint and Discovery on the** _____ day of _____, 2017, at the usual place of abode of said person by leaving a true copy of the Summons, Complaint and Discovery with _____ who is the _____ [here insert wife, husband, son, daughter, or other person as the case may be], a member of the family of the person served above the age of sixteen (16) years and willing to receive the Summons, Complaint and Discovery, and thereafter on the _____ day of _____, 2017, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

☐    **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person [attach signed return receipt or other evidence of actual delivery to the person served.]

At the time of service, I was at least eighteen (18) years of age and not a party to this action.

**PROCESS SERVER MUST LIST BELOW:** [Please print or type]

Name: _Jimmy h Taylor_
Address: _PO Oct 720646_
          _Jackson MS 39272_
Telephone Number: _601 611 0244_

STATE OF MISSISSIPPI
COUNTY OF _Hinds_

     PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named _Jimmy h Taylor_, who being by me first duly sworn, stated on oath that all of the matters and facts set forth in the above and foregoing "Proof of Service" are true and correct as therein stated.

_____
Process Server (signature)

SWORN TO AND SUBSCRIBED BEFORE ME, this the _30_ day of _October_, 2017.

_Misty R Hammack_
NOTARY PUBLIC

My Commission Expires: _____

[Notary Seal:
STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 74304
MISTY R. HAMMACK
Commission Expires
Jan. 26, 2021
RANKIN COUNTY]

## IN THE CIRCUIT COURT OF PERRY COUNTY, MISSISSIPPI

**JERRY HINTON**                                                                          **PLAINTIFF**

CAUSE NO.: 2017 - 047 H

**V.**

**BAGBY ELEVATOR COMPANY,
MONTGOMERY ELEVATOR COMPANY,
KONE INC., JOHN DOE PERSON(S) 1 - 5
and JOHN DOE ENTITY(IES) 1 - 5**                                  **DEFENDANTS**

### SUMMONS

TO ANY OTHER LAWFUL AUTHORIZED
PERSON, WE COMMAND YOU TO SUMMON:

TO:     CT Corporation System, Registered Agent for
        Bagby Elevator Company
        645 Lakeland East Drive, Suite 101
        Flowood, Mississippi 39232

### NOTICE TO DEFENDANT

**THE COMPLAINT AND DISCOVERY, WHICH ARE ATTACHED TO THIS
SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION
TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint and
Plaintiff's First Set of Interrogatories Propounded to Defendant and Plaintiff's First Set of Requests for
Production of Documents Propounded to Defendant to the Honorable Brett Ferguson, the attorney for the
Plaintiff(s), whose address is 162 East Amite Street, Jackson, Mississippi 39201 and mailing address of
Post Office Box 3949, Jackson, Mississippi 39207-3949.

Your response must be mailed or delivered within thirty (30) days from the date of delivery of
this Summons, Complaint and Discovery or a judgment by default will be entered against you for the
money or other things demanded in the Complaint. Your response to Plaintiff's First Set of Separate
Interrogatories Propounded to Defendant and Plaintiff's First Set of Request for Production of Documents
Propounded to Defendant must be mailed or delivered within forty-five (45) days from the date of
delivery of this Summons or a judgment by default will be entered against you for the money or other
things demanded in the Complaint.

You must file the original of your response with the Clerk of this Court within a reasonable time
afterward.

Issued under my hand and the seal of said Court, this the 19 day of October, 2017.

_Martha Clark_
Circuit Clerk of Perry County, Mississippi

_Latisha Brewer_ D.C.

# PROOF OF SERVICE
### (Process Server)
**[Use separate proof of service for each person served]**

---

**Name of Person or Entity Served**

    I, the undersigned process server, served the Summons, Complaint and Discovery upon the person or entity named above in the manner set forth below [process server must check proper space and provide all additional information that is requested to the mode of service used]:

☐    **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing (by first class mail, postage prepaid) copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender [attached completed acknowledgment of receipt pursuant to *M.R.C.P.* Form 1B].

☐    **PERSONAL SERVICE.** I personally delivered an issued **Summons, Complaint and Discovery** to _____ _____ on the _____ day of _____, 2017, where I found said person in _____ _____ County of the State of Mississippi.

☐    **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. **I served the Summons, Complaint and Discovery on the** _____ day of _____, 2017, at the usual place of abode of said person by leaving a true copy of the **Summons, Complaint and Discovery** with _____ who is the _____ [here insert wife, husband, son, daughter, or other person as the case may be], a member of the family of the person served above the age of sixteen (16) years and willing to receive the **Summons, Complaint and Discovery,** and thereafter on the _____ day of _____, 2017, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

☐    **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person [attach signed return receipt or other evidence of actual delivery to the person served.]

At the time of service, I was at least eighteen (18) years of age and not a party to this action.

**PROCESS SERVER MUST LIST BELOW:** [Please print or type]

Name: _____
Address: _____
    _____
Telephone Number: _____

STATE OF MISSISSIPPI
COUNTY OF _____

    PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named _____, who being by me first duly sworn, stated on oath that all of the matters and facts set forth in the above and foregoing "Proof of Service" are true and correct as therein stated.

_____
Process server (signature)

SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of _____, 2017.

_____
NOTARY PUBLIC

My Commission Expires:

_____

## IN THE CIRCUIT COURT OF PERRY COUNTY, MISSISSIPPI

JERRY HINTON

**PLAINTIFF**

V.

CAUSE NO.: 2017 - 047H

BAGBY ELEVATOR COMPANY,
MONTGOMERY ELEVATOR COMPANY,
KONE INC., JOHN DOE PERSON(S) 1 - 5
and JOHN DOE ENTITY(IES) 1 - 5

**DEFENDANTS**

### SUMMONS

TO ANY OTHER LAWFUL AUTHORIZED
PERSON, WE COMMAND YOU TO SUMMON:

TO:   CT Corporation System, Registered Agent for
Montgomery Elevator Company
118 North Congress Street
Jackson, Mississippi 39205

### NOTICE TO DEFENDANT

**THE COMPLAINT AND DISCOVERY, WHICH ARE ATTACHED TO THIS
SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION
TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint and
Plaintiff's First Set of Interrogatories Propounded to Defendant and Plaintiff's First Set of Requests for
Production of Documents Propounded to Defendant to the Honorable Brett Ferguson, the attorney for the
Plaintiff(s), whose address is 162 East Amite Street, Jackson, Mississippi 39201 and mailing address of
Post Office Box 3949, Jackson, Mississippi 39207-3949.

Your response must be mailed or delivered within thirty (30) days from the date of delivery of
this Summons, Complaint and Discovery or a judgment by default will be entered against you for the
money or other things demanded in the Complaint. Your response to Plaintiff's First Set of Separate
Interrogatories Propounded to Defendant and Plaintiff's First Set of Request for Production of Documents
Propounded to Defendant must be mailed or delivered within forty-five (45) days from the date of
delivery of this Summons or a judgment by default will be entered against you for the money or other
things demanded in the Complaint.

You must file the original of your response with the Clerk of this Court within a reasonable time
afterward.

Issued under my hand and the seal of said Court, this the 19 day of October, 2017.

_Martha Clark_

Circuit Clerk of Perry County, Mississippi

_Dalitha Bower D.C._

# PROOF OF SERVICE

**(Process Server)**

**[Use separate proof of service for each person served]**

_____

**Name of Person or Entity Served**

    **I, the undersigned process server,** served the Summons, Complaint and Discovery upon the person or entity named above in the manner set forth below [process server must check proper space and provide all additional information that is requested to the mode of service used]:

☐    **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing (by first class mail, postage prepaid) copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender [attached completed acknowledgment of receipt pursuant to *M.R.C.P.* Form 1B].

☐    **PERSONAL SERVICE.** I personally delivered an issued **Summons, Complaint and Discovery** to _____ _____ on the _____ day of _____, 2017, where I found said person in _____ _____ County of the State of Mississippi.

☐    **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____County, Mississippi. **I served the Summons, Complaint and Discovery** on the _____ day of _____, 2017, at the usual place of abode of said person by leaving a true copy of the **Summons, Complaint and Discovery** with _____ who is the _____ [here insert wife, husband, son, daughter, or other person as the case may be], a member of the family of the person served above the age of sixteen (16) years and willing to receive the **Summons, Complaint and Discovery,** and thereafter on the _____ day of _____, 2017, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

☐    **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person [attach signed return receipt or other evidence of actual delivery to the person served.]

At the time of service, I was at least eighteen (18) years of age and not a party to this action.

**PROCESS SERVER MUST LIST BELOW: [Please print or type]**

Name: _____

Address: _____

_____

Telephone Number: _____

STATE OF MISSISSIPPI

COUNTY OF _____

    PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named _____, who being by me first duly sworn, stated on oath that all of the matters and facts set forth in the above and foregoing "Proof of Service" are true and correct as therein stated.

 

_____

Process server (signature)

SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of _____, 2017.

_____

NOTARY PUBLIC

My Commission Expires:

_____

## IN THE CIRCUIT COURT OF PERRY COUNTY, MISSISSIPPI

**JERRY HINTON**

**V.**

**PLAINTIFF**

CAUSE NO.: 2017-0147H

**BAGBY ELEVATOR COMPANY,
MONTGOMERY ELEVATOR COMPANY,
KONE INC., JOHN DOE PERSON(S) 1 - 5
and JOHN DOE ENTITY(IES) 1 - 5**

**DEFENDANTS**

### SUMMONS

TO ANY OTHER LAWFUL AUTHORIZED
PERSON, WE COMMAND YOU TO SUMMON:

> **TO:** Corporation Service Company, Registered Agent for
> KONE INC.
> 5760 I-55 North, Suite 150
> Jackson, Mississippi 39211

### NOTICE TO DEFENDANT

**THE COMPLAINT AND DISCOVERY, WHICH ARE ATTACHED TO THIS
SUMMONS, IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION
TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint and Plaintiff's First Set of Interrogatories Propounded to Defendant and Plaintiff's First Set of Requests for Production of Documents Propounded to Defendant to the Honorable Brett Ferguson, the attorney for the Plaintiff(s), whose address is 162 East Amite Street, Jackson, Mississippi 39201 and mailing address of Post Office Box 3949, Jackson, Mississippi 39207-3949.

Your response must be mailed or delivered within thirty (30) days from the date of delivery of this Summons, Complaint and Discovery or a judgment by default will be entered against you for the money or other things demanded in the Complaint. Your response to Plaintiff's First Set of Separate Interrogatories Propounded to Defendant and Plaintiff's First Set of Request for Production of Documents Propounded to Defendant must be mailed or delivered within forty-five (45) days from the date of delivery of this Summons or a judgment by default will be entered against you for the money or other things demanded in the Complaint.

You must file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this the 19 day of October, 2017.

Martha Clark

Circuit Clerk of Perry County, Mississippi

Latitha Brewer D.C.

# PROOF OF SERVICE

### (Process Server)
### [Use separate proof of service for each person served]

_____

**Name of Person or Entity Served**

    I, the undersigned process server, served the Summons, Complaint and Discovery upon the person or entity named above in the manner set forth below [process server must check proper space and provide all additional information that is requested to the mode of service used]:

☐    **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing (by first class mail, postage prepaid) copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender [attached completed acknowledgment of receipt pursuant to *M.R.C.P.* Form 1B].

☐    **PERSONAL SERVICE.** I personally delivered an issued **Summons, Complaint and Discovery** to _____ _____ on the _____ day of _____, 2017, where I found said person in _____ _____ County of the State of Mississippi.

☐    **RESIDENCE SERVICE.** After exercising reasonable diligence I was unable to deliver copies to said person within _____County, Mississippi. **I served the Summons, Complaint and Discovery on the** _____ day of _____, 2017, at the usual place of abode of said person by leaving a true copy of the **Summons, Complaint and Discovery with** _____ who is the _____ [here insert wife, husband, son, daughter, or other person as the case may be], a member of the family of the person served above the age of sixteen (16) years and willing to receive the **Summons, Complaint and Discovery,** and thereafter on the _____ day of _____, 2017, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

☐    **CERTIFIED MAIL SERVICE.** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person [attach signed return receipt or other evidence of actual delivery to the person served.]

At the time of service, I was at least eighteen (18) years of age and not a party to this action.

**PROCESS SERVER MUST LIST BELOW:** [Please print or type]

Name: _____
Address: _____
_____
Telephone Number: _____

STATE OF MISSISSIPPI
COUNTY OF _____

    PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the state and county aforesaid, the within named _____, who being by me first duly sworn, stated on oath that all of the matters and facts set forth in the above and foregoing "Proof of Service" are true and correct as therein stated.

_____
    Process server (signature)

SWORN TO AND SUBSCRIBED BEFORE ME, this the _____ day of _____, 2017.

_____
NOTARY PUBLIC

My Commission Expires:

_____

FILED

OCT 19 2017

IN THE CIRCUIT COURT OF PERRY COUNTY, MISSISSIPPI

BY_____ DEPUTY CLERK
PERRY COUNTY, MISSISSIPPI

**JERRY HINTON**                                                       **PLAINTIFF**

**V.**                                                       **CAUSE NO.: 2017 - 0147 H**

**BAGBY ELEVATOR COMPANY,**
**MONTGOMERY ELEVATOR COMPANY,**
**KONE INC., JOHN DOE PERSON(S) 1 - 5**
**and JOHN DOE ENTITY(IES) 1 - 5**                                     **DEFENDANTS**

---

### COMPLAINT
### (Jury Trial Requested)

---

**COMES NOW** the Plaintiff, Jerry Hinton, by and through his counsel of record, and files this

Complaint against the Defendants, Bagby Elevator Company, Montgomery Elevator Company, KONE INC.,

John Doe Person(s) 1 - 5 and John Doe Entity(ies) 1 - 5, and in support thereof, would show unto this

Honorable Court the following, to-wit:

### I. Parties

1.

The Plaintiff, Jerry Hinton, is an adult resident citizen of Perry County, Beaumont, Mississippi.

2.

The Defendant, Bagby Elevator Company, is a foreign corporation registered to do business in the

State of Mississippi, who may be served with process through its registered agent for service of process, CT

Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232.

3.

The Defendant, Montgomery Elevator Company, is a foreign corporation registered to do business

in the State of Mississippi, who may be served with process through its registered agent for service of

process, CT Corporation System, 118 North Congress Street, Jackson, Mississippi 39205.

4.

The Defendant, KONE INC., is a foreign corporation registered to do business in the State of

## IV. Negligence

11.

The Defendants failed to provide and maintain safe equipment for the employees and invitees on the premises.

12.

The Defendants failed to properly and adequately inspect and maintain its equipment on the premises.

13.

The Defendants were negligent for its failure to warn the Plaintiff of the dangers to his person while on the premises.

14.

The Defendants failed to perform and violated or breached all and singularly the duties owed to Plaintiff as set forth in the preceding paragraphs hereof, and such failure, breach and violation constituted negligence on the part of the Defendants.

## V. Damages

15.

As a direct and proximate result of the negligence of the Defendants, the Plaintiff, Jerry Hinton, suffered injuries and damages which include, but are not limited to the following:

A. Past, present and future physical pain and suffering;

B. Inconvenience and aggravation resulting in emotional and mental suffering past, present and future;

C. Hospital bills, doctor bills, prescription drug bills and other medical and medical related expenses which have been incurred and which will continue to be incurred in the future;

D. Permanent physical impairment and disability;

E. Loss of wages; and

F.   Loss of enjoyment of life.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, Jerry Hinton, demands a judgment of, from and against the Defendants in an amount within the jurisdictional limits of this Court to be determined at the trial of this cause plus interest from the date of the filing of the original Complaint and all costs of Court.

**RESPECTFULLY SUBMITTED** this the 17th day of October, 2017.

                                        **Jerry Hinton**
                                        **Plaintiff**

                          By:   _____
                                Brett A. Ferguson  (MSB#  103236)
                                Attorney for Plaintiff

**Of Counsel:**

Schwartz & Associates, P.A.
162 East Amite Street
Post Office Box 3949
Jackson, Mississippi 39207
Telephone: 601-988-8888
Facsimile: 601-949-7929

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01
(Rev 2016)

**Court Identification Docket #**

Case Year: **2017**
Docket Number: **01147 H**

County #: **56**
Judicial District: **CI**
Court ID (CH, CI, CO):
Local Docket ID

Month: **10** Date: **19** Year: **17**
**2240**

This area to be completed by clerk   Case Number if filed prior to 1/1/94

In the **CIRCUIT** Court of **PERRY** County — Judicial District

**Origin of Suit** (Place an "X" in one box only)

[X] Initial Filing
[ ] Remanded
[ ] Reinstated
[ ] Reopened
[ ] Foreign Judgment Enrolled
[ ] Joining Suit/Action
[ ] Transfer from Other court
[ ] Appeal
[ ] Other

**Plaintiff** - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

Individual: **Hinton** (Last Name)   **Jerry** (First Name)   Maiden Name, if applicable   M.I.   Jr/Sr/III/IV

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency

Business ___
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A

Address of Plaintiff: **51 Kittrell Road, Beaumont, Mississippi 39423**

Attorney (Name & Address): ___   MS Bar No. ___

___ Check ( x ) if Individual Filing initial Pleading is NOT an attorney

Signature of Individual Filing: *[signature]*

**Defendant** - Name of Defendant - Enter Additional Defendants on Separate Form

Individual: ___ (Last Name)   (First Name)   Maiden Name, if applicable   M.I.   Jr/Sr/III/IV

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency

Business: **Bagby Elevator Company**
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A

Attorney (Name & Address) - If Known ___   MS Bar No. ___

___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

**Domestic Relations**
[ ] Child Custody/Visitation
[ ] Child Support
[ ] Contempt
[ ] Divorce:Fault
[ ] Divorce: Irreconcilable Diff.
[ ] Domestic Abuse
[ ] Emancipation
[ ] Modification
[ ] Paternity
[ ] Property Division
[ ] Separate Maintenance
[ ] Term. of Parental Rights-Chancery
[ ] UIFSA (eff 7/1/97; formerly URESA)
[ ] Other

**Appeals**
[ ] Administrative Agency
[ ] County Court
[ ] Hardship Petition (Driver License)
[ ] Justice Court
[ ] MS Dept Employment Security
[ ] Municipal Court
[ ] Other

**Business/Commercial**
[ ] Accounting (Business)
[ ] Business Dissolution
[ ] Debt Collection
[ ] Employment
[ ] Foreign Judgment
[ ] Garnishment
[ ] Replevin
[ ] Other

**Probate**
[ ] Accounting (Probate)
[ ] Birth Certificate Correction
[ ] Mental Health Commitment
[ ] Conservatorship
[ ] Guardianship
[ ] Heirship
[ ] Intestate Estate
[ ] Minor's Settlement
[ ] Muniment of Title
[ ] Name Change
[ ] Testate Estate
[ ] Will Contest
[ ] Alcohol/Drug Commitment (Involuntary)

[ ] Alcohol/Drug Commitment (Voluntary)
[ ] Other

**Children/Minors - Non-Domestic**
[ ] Adoption - Contested
[ ] Adoption - Uncontested
[ ] Consent to Abortion
[ ] Minor Removal of Minority
[ ] Other

**Civil Rights**
[ ] Elections
[ ] Expungement
[ ] Habeas Corpus
[ ] Post Conviction Relief/Prisoner
[ ] Other

**Contract**
[ ] Breach of Contract
[ ] Installment Contract
[ ] Insurance
[ ] Specific Performance
[ ] Other

**Statutes/Rules**
[ ] Bond Validation
[ ] Civil Forfeiture
[ ] Declaratory Judgment
[ ] Injunction or Restraining Order
[ ] Other

**Real Property**
[ ] Adverse Possession
[ ] Ejectment
[ ] Eminent Domain
[ ] Eviction
[ ] Judicial Foreclosure
[ ] Lien Assertion
[ ] Partition
[ ] Tax Sale: Confirm/Cancel
[ ] Title Boundary or Easement
[ ] Other

**Torts**
[ ] Bad Faith
[ ] Fraud
[ ] Intentional Tort
[ ] Loss of Consortium
[ ] Malpractice - Legal
[ ] Malpractice - Medical
[ ] Mass Tort
[ ] Negligence - General
[ ] Negligence - Motor Vehicle
[X] Premises Liability
[ ] Product Liability
[ ] Subrogation
[ ] Wrongful Death
[ ] Other

IN THE <u>CIRCUIT</u> COURT OF <u>PERRY</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____ _____   Docket No. If Filed
      File Yr       Chronological No.      Clerk's Local ID       Prior to 1/1/94 _____

### DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

**Individual:** _____ ( _____ ) _____ _____
              Last Name         First Name     Maiden Name, if Applicable    Middle Init.   Jr/Sr/II/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** <u>Montgomery Elevator Company</u>
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** _____ ( _____ ) _____ _____
              Last Name         First Name     Maiden Name, if Applicable    Middle Init.   Jr/Sr/II/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** <u>KONE INC.</u>
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** _____ ( _____ ) _____ _____
              Last Name         First Name     Maiden Name, if Applicable    Middle Init.   Jr/Sr/II/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
           Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___